UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NOBLES, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THEVAULTMS.COM, LLC, a Mississippi Limited Liability Company; SONICBIDDER.COM, a Delaware Limited Liability Company; JERRY D. PASS, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 8:23-cv-00704-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND REQUEST TO CONTINUE SUMMARY JUDGEMENT DEADLINES** |

# [PROPOSED] ORDER

Plaintiff ANTHONY NOBLES and Defendants THEVAULTMS.COM, LLC, SONICBIDDER.COM, LLC and JERRY D. PASS (collectively, the "Parties"), by and through their respective attorneys, have stipulated to and requested that this Court continue Trial in this matter from September 30, 2024 to January 13, 2025. Having reviewed the Parties' joint stipulation and request and good cause so appearing, IT IS HEREBY ORDERED THAT:

The Parties' stipulation and request to continue Trial is GRANTED.

Trial is continued to **January 13, 2025**; and all pretrial deadlines under Rule 16 of the Federal Rules of Civil Procedure, the Central District Civil Local Rules, and the Court's Civil Trial Scheduling Order are extended based on a new trial date of January 13, 2025.

The deadline for the parties to complete a mandatory settlement conference is extended to December 1, 2024. The parties are ordered to report their progress to the Court on settlement within seven (7) days of their settlement conference.

Having reviewed the Parties' joint stipulation on Plaintiff's request to extend the dispositive motion hearing cutoff date, Plaintiff's request is hereby [GRANTED. The Parties are ordered to submit a proposed briefing schedule for dispositive motion briefing and hearing no later than _____ 2024.]

[OR]

[DENIED.]

**IT IS SO ORDERED.**

Dated: August ____, 2024

_____
**HON. JOHN W. HOLCOMB**
**UNITED STATES DISTRICT JUDGE**