# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NOBLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THEVAULTMS.COM, LLC, a Mississippi Limited Liability Company; SONICBIDDER.COM, a Delaware Limited Liability Company; JERRY D. PASS, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:23-cv-00704-JWH-KES<br><br>**ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND REQUEST TO CONTINUE SUMMARY JUDGEMENT DEADLINES** |

Plaintiff ANTHONY NOBLES and Defendants THEVAULTMS.COM, LLC, SONICBIDDER.COM, LLC and JERRY D. PASS (collectively, the "Parties"), by and through their respective attorneys, have stipulated to and requested that this Court continue Trial in this matter from September 30, 2024, to January 13, 2025. Having reviewed the Parties' joint stipulation and request and good cause so appearing, it is hereby **ORDERED** as follows:

1. The Parties' stipulation and request to continue Trial is **GRANTED**.

2. Trial is **CONTINUED** to January 13, 2025, at 9:00 a.m., and all pretrial deadlines under Rule 16 of the Federal Rules of Civil Procedure, the Central District Civil Local Rules, and the Court's Civil Trial Scheduling Order are extended based on a new trial date of January 13, 2025.

3. The Final Pretrial Conference is **CONTINUED** to December 13, 2024, at 1:00 p.m.

4. The deadline for hearing on motions *in limine* is **CONTINUED** to December 6, 2024, at 9:00 a.m.

5. The deadline for the parties to complete a mandatory settlement conference is **EXTENDED** to December 1, 2024. The parties are ordered to report their progress to the Court on settlement within seven (7) days of their settlement conference.

6. Having reviewed the Parties' joint stipulation on Plaintiff's request to extend the dispositive motion hearing cutoff date, Plaintiff's request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August __5__, 2024

Hon. John W. Holcomb
United States District Judge