LANE POWELL PC
PAUL B. GEORGE, State Bar No. 55147
georgep@lanepowell.com
IAN T. MAHER, State Bar No. 280746
maheri@lanepowell.com
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Plaintiff

Ralph C. Shelton II, Esq. 132757
Laurie Schiff, Esq. 140455
Schiff & Shelton
Attorneys at Law
3700 Campus Drive, Suite 202
Newport Beach, California 92660
Telephone: (949) 417-2211

Attorneys for Defendants TheVaultMS.com, Sonicbidder.com and Jerry D. Pass

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY NOBLES,<br><br>Plaintiff,<br><br>v.<br><br>THEVAULTMS.COM, LLC, et al,<br><br>Defendant. | Case No. 8:23-cv-00704-JWH-KES<br><br>Honorable John W. Holcomb<br><br>**AMENDED JOINT EXHIBIT LIST**<br><br>Final PTC: December 13, 2024 at 1:00 p.m.<br><br>Complaint Filed: April 21, 2023<br>Trial Date: January 13, 2025 |

Pursuant to Rule 26(a)(3)(A)(i) of the Federal Rules of Civil Procedure, Local Rule 16-5, Plaintiff Anthony Nobles ("Plaintiff") and Defendants TheVaultMS.com, LLC, Sonicbidder.com and Jerry D. Pass ("Defendants"), hereby submit their Joint Exhibit List.

**EXHIBITS**

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Sales Agreement Dated 07/08/2022 (Ex. 1 to Pass PMK Depo. Mar. 13, 2024) | | |
| 2. | Invoice Dated # 21-44 Dated 07/02/2021·Bates Stamped 000437 (Ex. 2 to Pass PMK Depo. Mar. 13, 2024) | | |
| 3. | Invoice Bates Stamped (Ex. 3 to Pass PMK Depo. Mar. 13, 2024) | | |
| 4. | Release Form Dated 11/15/2021 Bates Stamped 000438-000443 (Ex. 5 to Pass PMK Depo. Mar. 13, 2024) | | |
| 5. | Sold Inventory The Vault MS (Ex. 6 to Pass PMK Depo. Mar. 13, 2024) | | |
| 6. | Sold Inventory The Vault MS (Ex. 7 to Pass PMK Depo. Mar. 13, 2024) | | |
| 7. | E-MAIL DATED 10/13/2021 AT 9:06:44 A.M. PST·SUBJECT: SPREADSHEET FOR DR. NOBLES CARS BATES-STAMPED PLTF 000004 (Ex. 9 to Pass PMK Depo. Mar. 13, 2024) | | |
| 8. | E-MAIL ATTACHMENT·BATES-STAMPED PLTF 000003 (Ex. 10 to Pass PMK Depo. Mar. 13, 2024) | | |
| 9. | E-MAILS SUBJECT: SETTLEMENT FOR AUTO EXOTIC AND HERSHEY AT HOME 2021 SALE BATES-STAMPED PLTF 000001-000002 (Ex. 11 to Pass PMK Depo. Mar. 13, 2024) | | |
| 10. | AMENDMENT TO SALES AGREEMENT DATED 11/12/2021 (Ex. 12 to Pass PMK Depo. Mar. 13, 2024) | | |
| 11. | E-MAIL SUBJECT NOBLES VAULTMS SONIC BIDDER 11 12 2021 BETWEEN KAREN GLASSMAN AND JD PASS IS SIGNED AND FILED! (Ex. 13 to Pass PMK Depo. Mar. 13, 2024) | | |
| 12. | Amendment to the Sales Agreement·(Ex. 2 to Pass PMK Depo. Mar. 26, 2024) | | |
| 13. | Set of E-mails·(Ex. 3 to Pass PMK Depo. Mar. | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | 26, 2024) | | |
| 14. | E-mail Exchange·(Ex. 4 to Pass PMK Depo. Mar. 26, 2024) | | |
| 15. | Spreadsheet (Ex. 6 to Pass PMK Depo. Mar. 26, 2024) | | |
| 16. | Cover Page to Spreadsheet·(Ex. 7 to Pass PMK Depo. Mar. 26, 2024) | | |
| 17. | E-mail Chain·(Ex. 8 to Pass PMK Depo. Mar. 26, 2024) | | |
| 18. | Cover Sheet with Corrections Identified (Ex. 9 to Pass PMK Depo. Mar. 26, 2024) | | |
| 19. | Screenshots (Ex. 1 to Pass PMK Depo. Mar. 27, 2024) | | |
| 20. | 3/2/22 E-mail (Ex. 2 to Pass PMK Depo. Mar. 27, 2024) | | |
| 21. | Sales Agreement (Ex. 3 to Pass PMK Depo. July 30, 2024) | | |
| 22. | Sonicbidder.com LLC invoices and TheVaultMs.com LLC invoices, Bates labels CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER 000395 through CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER 000406 (Ex. 1 to Krapovicky Depo. Mar. 12, 2024) | | |
| 23. | TheVaultMs.com LLC Invoice #21-44 Bates label CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER 000437 (Ex. 2 to Krapovicky Depo. Mar. 12, 2024) | | |
| 24. | Manage Consignors Reports, Bates labels CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER 000277 through CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER 000278 (Ex. 3 to Krapovicky Depo. Mar. 12, 2024) | | |
| 25. | The Vault Release Form dated November 15, 2021, Bates labels CONFIDENTIAL - SUBJECT TO·PROTECTIVE ORDER 000439 through CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER 000443 (Ex. 4 to Krapovicky Depo. Mar. 12, | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | 2024) | | |
| 26. | Untitled document with employee contact information, Bates label CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER 000614 (Ex. 5 to Krapovicky Depo. Mar. 12, 2024) | | |
| 27. | Email with Subject: Spreadsheet for Dr. Nobles Cars, Bates label CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PLTF000004 (Ex. 6 to Krapovicky Depo. Mar. 12, 2024) | | |
| 28. | Auto Exotix spreadsheet with columns entitled YEAR, MAKE, MODEL, LOT # COLOR, ASKING PRICE PRICE BUYER HIGH BID, SOLD NOT PAID, Consignor (Ex. 7 to Krapovicky Depo. Mar. 12, 2024) | | |
| 29. | Email chain with Subject: Re Settlement for Auto Exotix and Hershey at Home 2021 Sale, Bates labels CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PLTF000001 through CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PLTF000002 (Ex. 8 to Krapovicky Depo. Mar. 12, 2024) | | |
| 30. | Amendment to Sales Agreement (Ex. 10 to Krapovicky Depo. Mar. 12, 2024) | | |
| 31. | Excel spreadsheet titled 2021 Auto Exotix& Hershey at Home & xmas around wrld Sale DR NOBLES comments Nobles 12.13 2021.xls | | |
| 32. | Excel spreadsheet titled 2021 Auto Exotix & Hershey at Home Sale DR NOBLES comments Nobles 11 10 2021 | | |
| 33. | Email chain dated November 10, 2021 with subject line Re: Settlement for Auto Exotix and Hershey at Home 2021 Sale - CORRECTIONS | | |
| 34. | Defendant Jerry D. Pass's Notice of Deposition of Plaintiff Anthony Nobles (Ex. 1 to Nobles Depo. June 12, 2024) | | |
| 35. | Certificate of Title to Happy Days Dream Cars, LLC, for a 1931 Auburn; (NBLS00001 - NBLS00002) (Ex. 2 to Nobles Depo. June 12, | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | 2024) |  |  |
| 36. | Bill of Sale for a 1931 Auburn; (NBLS00004 - NBLS00005) (Ex. 3 to Nobles Depo. June 12, 2024) |  |  |
| 37. | Executive Summary of SonicBidder.com, LLC (Ex. 4 to Nobles Depo. June 12, 2024) |  |  |
| 38. | Sales Agreement between Anthony Nobles and TheVaultMS.com (Ex. 5 to Nobles Depo. June 12, 2024) |  |  |
| 39. | Amendment to Sales Agreement (Ex. 6 to Nobles Depo. June 12, 2024) |  |  |
| 40. | Spreadsheet Bates Stamped CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER 615-616 |  |  |

DATED: December 10, 2024     LANE POWELL PC

By: _____
PAUL B. GEORGE
IAN T. MAHER
Attorneys for Plaintiff

DATED: December 10, 2024     Schiff & Shelton

By:     *s/Ralph C. Shelton*
RALPH C. SHELTON
LAURIE SCHIFF
Attorneys for Defendants

Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.