JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NOBLES, <br><br> Plaintiff, <br><br> v. <br><br> THEVAULTMS.COM, LLC, et al, <br><br> Defendant. | Case No. 8:23-cv-00704-JWH-KES <br><br> **JUDGMENT** |

Based upon the parties' stipulation as read into the record on January 10, 2025, and the Declaration of Paul B. George confirming the default of defendants' in making payments pursuant to the stipulation,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. **JUDGMENT** is entered in **FAVOR** of Plaintiff Anthony Nobles and **AGAINST** Defendants TheVaultms.com, LLC; Sonicbidder.com; and Jerry D. Pass in the amount of **$450,000**.

2. The Judgment will bear interest at the rate of 10% *per annum* until paid in full.

3. The hearing on Plaintiff's Motion for Judgment [ECF No. 34] set on August 22, 2025, is **VACATED.**

**IT IS SO ORDERED.**

Dated this 20th day of August 20, 2025.

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

Error! Unknown document property name.

2

JUDGMENT